UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:                                           ORDER OF DISMISSAL
                                                       FOR
**Tronox Incorporated**                         FAILURE TO PROSECUTE
                                                       BANKRUPTCY APPEAL

-----------------------------------------------------X       21-CV-10671 JPC

FROM:   VITO GENNA, CLERK
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

TO:        RUBY J. KRAJICK, CLERK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                     BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Jonathan Morris
BANKRUPTCY DOCUMENT #: 9576

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

       _X_ FRBP 8009
       ___ Federal Rules of Civil Procedure (Rule _____)
       _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
       ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **June 30, 2022**                                   Vito Genna, Clerk
         New York, New York                          U.S. Bankruptcy Court, SDNY

                                                         By:     s/ Anatin Rouzeau
                                                                      Deputy Clerk

## ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____July 1_____ 20 22               _____
          New York, New York                       Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____              Ruby J. Krajick , Clerk
                                                            District Court, SDNY

                                                                 By: _____
                                                                       Deputy Clerk